UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SKIN PC, | ) | Case No. 19-11650 MER |
| Debtor. | ) | Chapter 11 |
| | ) | |
| In re: | ) | |
| | ) | |
| KEVIN JOHN MOTT, | ) | Case No. 19-11647 MER |
| Debtor. | ) | Chapter 11 |
| | ) | |
| In re: | ) | |
| | ) | |
| LAKE LOVELAND DERMATOLOGY, P.C., | ) | Case No. 19-11659 MER |
| a Colorado Professional Corporation | ) | Chapter 11 |
| EIN 84-0825679 | ) | |
| Debtor. | ) | **JOINTLY ADMINISTERED UNDER** |
| | ) | **Case No. 19-11650 MER** |

**ORDER GRANTING EXTENSION OF TIME TO DETERMINE WHETHER TO ASSUME OR REJECT REAL PROPERTY LEASE
(LOVELAND PREMISES LEASE)**

THIS MATTER, having come before the Court on the motion of the Debtor for an extension of time of ninety (90) days, through and including October 7, 2019, to make a determination whether to assume or reject its non-residential real property lease for the premises located at 776 W. Eisenhower Blvd., Loveland, Colorado, with its Landlord, 790 Eisenhower, LLC; the Court having reviewed the Debtor's motion and its file with respect to this matter; notice of the Debtor's Motion having been given pursuant to Rule 9013 L.R.B.P.; no objection to the Motion having been filed; or the Court, having received an objection to the Debtor's Motion, having convened a hearing in this matter, and having made findings of facts and conclusions of law; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting the Debtor's motion.

THEREFORE, THE COURT ORDERS:

1. The Debtor's motion is granted.

2. The Debtor is hereby granted an extension of time of ninety (90) days, through and including October 7, 2019, in order to make a determination whether to assume or reject its non-residential real property lease for the premises located at 776 W. Eisenhower Blvd., Loveland, Colorado, with its Landlord, 790 Eisenhower, LLC.

DATED: June 24, 2019

BY THE COURT:

U.S. Bankruptcy Judge