## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>SKIN PC,<br><br>Debtor | Case No. 19-11650-MER<br>Chapter 11 |
| In re<br>KEVIN JAMES MOTT,<br><br>Debtor | Case No. 19-11647-MER<br>Chapter 11 |
| In re:<br>LAKE LOVELAND DERMATOLOGY P.C.,<br><br>Debtor | Case No. 19-11659-MER<br>Chapter 11<br><br>**Jointly Administered under<br>Case No. 19-11650-MER** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 9010(b) and 2002(g), Venable LLP hereby appears as counsel on behalf of Messiahic Inc., a California corporation, d/b/a PayJunction ("PayJunction") and requests that all notices, pleadings, motions, applications, and any other documents filed and/or served in this case be sent to the following:

> Keith C. Owens
> Venable LLP
> 2049 Century Park East, 23rd Floor
> Los Angeles, CA  90067
> Telephone: (310) 229-0370
> Facsimile:  (310) 229-9901
> Email:     kowens@venable.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders, notices, applications, complaints, demands, motions, petitions, pleadings or requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this request nor any subsequent notices, services, appearances, pleadings, claims or suits in the above-captioned bankruptcy cases are intended to be, nor shall be deemed to be: (1) consent by PayJunction to jurisdiction or

waiver of any objection that may be made to the jurisdiction of the Bankruptcy Court; (2) consent by PayJunction to have any attorney accept service of process of a pleading or other paper initiating a contested matter or adversary proceeding; (3) waiver by PayJunction of any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) waiver by PayJunction of any right to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (5) waiver by PayJunction of any right to a jury trial in these or any related cases, controversies or proceedings; or (6) waiver by PayJunction of any procedural or substantive rights, remedies, claims, actions, defenses, setoffs or recoupments, in law or equity, against the Debtors, any bankruptcy trustee, or any other persons or entities either in these cases or in any other actions, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  July 22, 2019                    VENABLE LLP

                                          By: */s/ Keith C. Owens*
                                              Keith C. Owens
                                              2049 Century Park East, 23rd Floor
                                              Los Angeles, CA  90067
                                              Telephone: (310) 229-0370
                                              Facsimile:  (310) 229-9901
                                              Email: kowens@venable.com

                                              Attorneys for Messiahic Inc., a California corporation,
                                              d/b/a PayJunction

## CERTIFICATE OF SERVICE

I certify that on July 22, 2019, true and correct copies of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE* were served through the CM-ECF system addressed to:

- Douglas W Brown    dbrown@bbdfirm.com, jkordziel@bbdfirm.com;jkreh@bbdfirm.com
- Neal K. Dunning    ndunning@bbdfirm.com, jmellott@bbdfirm.com
- Jordan D. Factor    jfactor@allen-vellone.com, la@allen-vellone.com
- Matthew T. Faga    mfaga@markuswilliams.com, janderson@markuswilliams.com;docket@markuswilliams.com
- Lance J. Goff    lance@goff-law.com, madeline@goff-law.com;bart@goff-law.com
- Lee M. Kutner    lmk@kutnerlaw.com, vlm@kutnerlaw.com
- Paul Moss    Paul.Moss@usdoj.gov
- Keri L. Riley    klr@kutnerlaw.com, cvf@kutnerlaw.com;vlm@kutnerlaw.com
- Jennifer M Salisbury    jsalisbury@markuswilliams.com, janderson@markuswilliams.com;docket@markuswilliams.com
- Matthew D. Skeen    jrskeen@skeen-skeen.com
- US Trustee    USTPRegion19.DV.ECF@usdoj.gov
- Frank W. Visciano    fvisciano@sennlaw.com, avega@sennlaw.com
- Jeffrey Weinman    jweinmantrustee@outlook.com, lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com

*/s/ Kimberly Hoang*
Kimberly Hoang, Legal Assistant