## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
## The Honorable Michael E. Romero

In re:

SKIN, P.C.

    Debtor.

Case No. 19-11650 MER

Chapter 11

## ORDER

THIS MATTER comes before the Court on the Motion Pursuant to 11 U.S.C. § 1121 for an Order Extending the Exclusivity Periods for Filing and Gaining Acceptance of a Plan of Reorganization, the Court having reviewed the Debtor's Motion and its file with respect to this matter, and having determined that good cause exists to grant the requested relief, and further having found that the Order should be entered in the individual case of the above-referenced Debtor.

THE COURT ORDERS

1. The Debtor's Motion is granted.

2. The exclusive period within which the Debtor may file its initial Plan of Reorganization is hereby extended for a period of 120 days, or through and including November 5, 2019.

3. The exclusive period within which the Debtor to gain acceptance of its a Plan of Reorganization is extended through and including January 6, 2020.

Dated July 29, 2019

BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court