## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-11647-MER |
| KEVIN JOHN MOTT, | ) | |
| SSN: XXX-XX-4334 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SKIN, P.C. d/b/a IDEAL DERMATOLOGY, | ) | Case No. 19-11650-MER |
| EIN: 46-5652384 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| LAKE LOVELAND DERMATOLOGY, P.C. | ) | Case No. 19-11659-MER |
| EIN: 84-0825679 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

### ORDER APPROVING FIRST APPLICATION FOR INTERIM ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND REIMBURSEMENT OF COSTS FOR KUTNER BRINEN, P.C.

THIS MATTER comes before the Court on Kutner Brinen, P.C.'s First Application for Interim Allowance and Payment of Attorney Fees and Reimbursement of Costs ("Application") seeking approval and authorization for payment of fees and expenses pursuant to 11 U.S.C. §§ 330 and 331, the Court having reviewed the Application, notice being provided and no objections having been received, the Court being advised, does hereby

ORDER

1.      That the Application is approved and Kutner Brinen, P.C. is allowed on an interim basis the sum of $34,460.12 (fees: $32,584.00; costs: $1,876.12) for the period of March 8, 2019 through July 31, 2019;

2.      That the fees and costs charged by Kutner Brinen, P.C. in the amount of $34,460.12 (fees: $32,584.00; costs: $1,876.12) are reasonable and allowed on an interim basis; and

3.      That the Debtor is authorized to pay Kutner Brinen, P.C. its allowed fees and costs on an interim basis.

DONE and entered this  9th   day of September, 2019 at Denver, Colorado.

BY THE COURT:

Honorable Michael E. Romero
United States Bankruptcy Court