UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SKIN PC, ) | Case No. 19-11650 MER |
| Debtor. ) | Chapter 11 |
| ) | |
| In re: ) | |
| ) | |
| KEVIN JOHN MOTT, ) | Case No. 19-11647 MER |
| Debtor. ) | Chapter 11 |
| ) | |
| In re: ) | |
| ) | |
| LAKE LOVELAND DERMATOLOGY, P.C., ) | Case No. 19-11659 MER |
| a Colorado Professional Corporation ) | Chapter 11 |
| EIN 84-0825679 ) | |
| Debtor. ) | **JOINTLY ADMINISTERED UNDER** |
| ) | **Case No. 19-11650 MER** |

## MOTION TO ASSUME NON-RESIDENTIAL REAL PROPERTY LEASE
## (STERLING PREMISES LEASE)

Debtor-in-Possession, Lake Loveland Dermatology, P.C. ("Debtor"), through its counsel, Weinman & Associates, P.C., moves this Court for an Order authorizing it to assume its non-residential real property lease for the premises located at 1405 S. 8th Avenue, Suite 102, Sterling, Colorado ("Premises Lease"), with Banner Medical Group dba Morgan County Hospital ("Landlord"). In support of its motion, Debtor states as follows:

1. Debtor filed its voluntary Chapter 11 bankruptcy petition on March 8, 2019 ("Petition Date").

2. Since the date of the filing of its bankruptcy petition, Debtor has remained in possession of its assets and has operated its business and managed its financial affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §§1107 and 1108.

3. The Debtor operates dermatology clinics along the Colorado Front Range.

4. Prior to the date of the filing of its petition, Debtor and Landlord entered into the Premises Lease.

5. The Court has ordered an extension of time to assume or reject the Premises Lease until October 7, 2019.

6. The Premises Lease is a Timeshare Agreement Premises Lease for the premises located at 1405 S. 8th Avenue, Suite 102, Sterling, Colorado, with a daily rental rate of $79.74 per day for the scheduled clinic hours, and $14.40 per month for storage area. The Premises Lease is a month to month lease.

7. The Premises Lease is critical to the Debtor's ongoing business operations and to its ability to reorganize under Chapter 11. Debtor is currently not in default under the terms of the Premises Lease.

8. The Debtor requests that the Court authorize it to assume its Premises Lease with its Landlord. As required by the Bankruptcy Code, the Debtor will promptly cure the default, if any, under the Lease and will provide its Landlord with adequate assurance of future performance, however, no defaults exist and Debtor asserts that its prior performance provides adequate assurance of its future ability to perform.

WHEREFORE, for reasons as set forth above, Debtor respectfully requests that it be authorized to assume its non-residential real property lease for the premises located at 1405 S. 8th Avenue, Suite 102, Sterling, Colorado, with Banner Medical Group dba Morgan County Hospital, and for such further relief as is deemed appropriate by this Court.

DATED: October 7, 2019

Respectfully Submitted,

WEINMAN & ASSOCIATES, P.C.


By: /s/ Jeffrey A. Weinman
    Jeffrey A. Weinman, #7605
    730 17th Street, Suite 240
    Denver, CO 80202-3506
    Telephone: (303) 572-1010
    Facsimile: (303) 572-1011
    jweinman@weinmanpc.com

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on October 7, 2019, I served by prepaid first class mail a copy of the **MOTION TO ASSUME NON-RESIDENTIAL REAL PROPERTY LEASE (STERLING PREMISES LEASE)**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and these L.B.R. at the following addresses:

Paul V. Moss, Esq.
U.S. Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294

Lake Loveland Dermatology, P.C.
Attn: Lucas Hutchison
776 West Eisenhower Blvd.
Loveland, CO 80537

Jordan Factor, Esq.
Jeremy T. Jonsen, Esq.
Michael T. Gilbert, Esq.
Allen Vellone Wolf Helfrich & Factor, P.C.
1600 Stout St., Ste. 1100
Denver, CO 80202

Lee M. Kutner, Esq.
Keri L. Riley, Esq.
Maureen K. McIntee, Esq.
1660 Lincoln St., Ste. 1850
Denver, CO 80264

Lance J. Goff, Esq.
3015 47th St.
Ste. E-1
Boulder, CO 80301

Valerie Smith, Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Matthew T. Faga, Esq.
Jennifer M. Salisbury, Esq.
Markus Williams Young & Hunsicker, LLC
1700 Lincoln St., Ste. 4550
Denver, CO 80203

Douglas W. Brown, Esq.
Neal K. Dunning, Esq.
Brown Dunning Walker PC
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222

Frank W. Visciano, Esq.
Senn Visciano Canges, P.C.
1700 Lincoln St., Ste. 4300
Denver, CO 80203

Keith C. Owens, Esq.
Venable LLP
2049 Century Park East, 23rd Floor
Los Angeles, CA 90067

Banner Medical Group
dba Morgan County Hospital
2400 Edison Street
Brush, CO 80723

Banner Medical Group
Attn: Krista Touros, Registered Agent
1801 16th Street
Greeley, CO 80631

/s/ Lisa R. Kraai