**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

| | | |
|---|---|---|
| In re:<br>SKIN PC,<br>Debtor. | ) ) ) ) | Case No. 19-11650 MER<br>Chapter 11 |
| In re:<br>KEVIN JOHN MOTT,<br><br>Debtor. | ) ) ) ) ) ) | Case No. 19-11647 MER<br>Chapter 11 |
| In re:<br>LAKE LOVELAND DERMATOLOGY, P.C.<br>a Colorado professional corporation<br>EIN 84-0825679<br>   Debtor. | ) ) ) ) ) ) ) | Case No. 19-11659 MER<br>Chapter 11<br><br>**Jointly administered**<br>**Under Case No. 19-11650**<br>**MER** |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Lake Loveland Dermatology, P.C.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff<br>☐ Defendant<br>☐ Other (describe) _____ | **X** Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ Other (describe) |

**Part 2:  Identify the subject of this appeal**

    1.  Describe the judgment, order, or decree appealed from: Order granting Motion for Immediate Possession of the Property at 776 W. Eisenhower Blvd., Loveland, Colorado and for Relief from the Automatic Stay [Dkt. 176].

    2.  State the date on which the judgment, order, or decree was entered: November 13, 2019.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Debtor, Lake Loveland Dermatology, P.C.
   Attorney: Jordan Factor
   Michael Gilbert
   Jeremy Jonsen
   1600 Stout Street, Suite 1100
   Denver, CO 80202
   (303) 534-4499
   jfactor@allen-vellone.com
   mgilbert@allen-vellone.com
   jjonsen@allen-vellone.com

2. Party: Office of the United States Trustee
   Attorney: Samuel Boughner
   1961 Stout Street, Suite 12-200
   Denver, CO 80294
   (303) 312-7252
   Samuel.boughner@usdoj.gov

3. Party: 790 Eisenhower, LLC
   Attorney: Matthew Faga
   Jennifer Salisbury
   1700 Lincoln Street, Suite 4500
   Denver, CO 80203
   (303) 318-0120
   mfaga@markuswilliams.com
   jsalisbury@markuswilliams.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

   X   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Dated this 14th day of November, 2019.

    Allen Vellone Wolf Helfrich & Factor P.C.

    */s/Jordan Factor*
    Jordan Factor, Esq.
    Michael Gilbert, Esq.
    Jeremy T. Jonsen, Esq.
    1600 Stout Street, Suite 1100
    Denver, Colorado 80202
    Phone Number: (303) 534-4499
    jfactor@allen-vellone.com
    mgilbert@allen-vellone.com
    jjonsen@allen-vellone.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 8, 2019, I served by prepaid first-class mail a copy of the **NOTICE OF APPEAL AND STATEMENT OF ELECTION** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

Jeffrey Weinman
730 17th St., Ste. 240
Denver, CO 80202
jweinman@outlook.com

Kutner Brinen, P.C.
Lee M. Kutner
1660 Lincoln Street, Suite 1850
Denver, CO 80264
lmk@kutnerlaw.com

Office of The United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
Paul.moss@usdoj.gov

Goff & Goff LLC
Lance J. Goff
3015 47th Street, Suite E-1
Boulder, CO 80301
lance@goff-law.com

Markus Williams Young and Hunsicker LLC
Matthew Faga
1700 Lincoln Street, Suite 4550
Denver, CO 80203
mfaga@markuswilliams.com

Frank W. Visciano
Senn Visciano Canges, P.C.
1700 Lincoln St., Ste. 4300
Denver, CO 80203
fvisciano@sennlaw.com


/s/ Lisa A. Vos
Allen Vellone Wolf Helfrich & Factor P.C.